UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20265-CIV-MORENO

AKI SAKARI TANNER,

    Plaintiff,

vs.

JANET NAPOLITANO, in her official capacity as Secretary of the U.S. Department of Homeland Security, MICHAEL AYTES, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,

    Defendants.
_____/



CLOSED CIVIL CASE

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal (**D.E. 10**), filed **April 1, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record